1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE A. WILLIAMS,

              Plaintiff,

     v.

JO ANNE B. BARNHART, Commissioner of
Social Security,

              Defendant.

CASE NO.     C05-5622JKA

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

     Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not appear to have

funds available to afford the $250.00 filing fee.

     The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve

copies of the complaint on the appropriate parties.  Plaintiff shall note that it is her responsibility to

properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the

Federal Rules of Civil Procedure.

     DATED this 26TH day of September, 2005.


                                     */s/    J. Kelley Arnold*
                                       J. Kelley Arnold
                                     U.S. Magistrate Judge