U.S. District Court Magistrate Judge J. Kelley Arnold
U.S. District Court Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JULIE WILLIAMS,                    )    CIVIL NO. C05-5622RBL
                                   )
                Plaintiff,         )    AGREED ORDER FOR EAJA FEES
                                   )
vs.                                )
                                   )
JO ANNE B. BARNHART,               )
Commissioner of Social Security,   )
                                   )
                Defendant.         )
_____    )

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff's attorney, Jeanette Laffoon, is hereby awarded EAJA fees
of $5,688.

IT IS SO ORDERED this 2nd day of May, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
AGREED ORDER FOR EAJA FEES      - Page 1
[C05-5622RBL]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Notice of presentation waived:

/s/ Franco L. Becia
FRANCO L. BECIA, WSBA #26823
Special Assistant U.S. Attorney
Attorney for Defendant
(*Signed per telephonic agreement*)

<u>CERTIFICATE OF ELECTRONIC FILING:</u>

This is to certify that I electronically filed the foregoing Agreed Order for EAJA Fees with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franco L. Becia
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
Franco.L.becia@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order for EAJA Fees, Costs, and Expenses and its attachments to the following non-CM/ECF participants:

    NONE

DATED:  May 1, 2006                          /s/ Dawn Erdelbrock
                                             Dawn Erdelbrock, Legal Assistant
                                             MADDOX & LAFFOON, P.S.

AGREED ORDER FOR EAJA FEES    - Page 2          MADDOX & LAFFOON, P.S.
[C05-5622RBL]                                   410-A South Capitol Way
                                                Olympia, WA. 98501
                                                (360) 786-8276